**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

IN RE:                                 *

MATTHEW ALLEN KRIMM            *     CASE NO: 15-20235 JS

    DEBTOR                         *     CHAPTER 7

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

36 BUILDERS, INC.
                                       *     ADV. PROCEEDING NO.: 15-00518
    Plaintiff
v.
                                       *
MATTHEW ALLEN KRIMM
    Defendant                      *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ANSWER TO COMPLAINT
TO DETERMINE DISCHARGEABILITY OF DEBT**

Matthew Allen Krimm, Debtor, files this Answer to Complaint to Determine Dischargeability of Debt states as follows:

1. Debtor admits the allegations in paragraphs 1-4.

2. Debtor acknowledges paragraph 5.

3. Debtor neither admits or denies the allegation in paragraph 6 and 7.

4. Debtor admits the allegation in paragraph 8.

5. Debtor denies the allegation in paragraphs 9.

6. Debtor admits the allegation in paragraphs 10 - 13.

7. Debtor admits the allegation in paragraphs 14 in that at the time of filing Chapter 7 bankruptcy, Debtor owed Plaintiff $59,000.00.

8. Debtor admits the allegation in paragraph 15.

9. Debtor acknowledges paragraph 16.

10. Debtor denies the allegation in paragraph 17 – 20.

11. Debtor generally denies the allegations in paragraphs 21 – 23 and in addition answers that Debtor did not make false representation to Plaintiff.

**WHEREFORE**, Debtor prays that this Honorable Court dismiss Plaintiff's Complaint to Determine Dischargeability of Debt and such further relief as is just and proper.

                                                               Respectfully submitted,

Date: November 16, 2015                By: /s/ Matthew Allen Krimm
                                                                Matthew Allen Krimm

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 16 day of November, 2015, that a copy of the foregoing Answer to Complaint to Determine Dischargeability of Debt has been served upon the following parties listed below by certified mail, postage prepaid, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that this document was electronically mailed to said party.

U.S. Trustees Office
101 West Lombard Street
Suite 2650
Baltimore, MD 21201

And

Jeremy S. Friedberg
Pierce C. Murphy
Leitess Friedberg, PC
10451 Mill Run Circle, Suite 1000
Baltimore, MD 21117
Attorney for Plaintiff

                                                        /s/Matthew Allen Krimm
                                                        Matthew Allen Krimm