

JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| MATTHEW ALLEN KRIMM, | * | |
| DEBTOR. | * | CASE NO.: 15-20235 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| 36 BUILDERS, INC., | * | |
| PLAINTIFF, | * | ADV. NO.: 15-00518 |
| v. | * | |
| MATTHEW ALLEN KRIMM, | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT JUDGMENT DETERMINING DISCHARGEABILITY OF DEBT**

Plaintiff 36 Builders, Inc. (the "Plaintiff") and Defendant Matthew Allen Krimm (the "Defendant") jointly and mutually agree that judgment be entered in favor of Plaintiff and against the Defendant, pursuant to 11 U.S.C 523(a)(2), on Plaintiffs' October 19, 2015

Complaint to Determine Dischargeability of Debt and the allegations of Defendants' debt to Plaintiff described therein.

Defendant represents that he has had an opportunity to consult an attorney prior to consenting to this Order and that he voluntarily consents that his debt described herein be declared non-dischargeable.

IT IS THEREFORE **ORDERED, ADJUDGED AND DECREED**, Defendant is indebted to Plaintiff in the amount of $57,534.62, which indebtedness is **NON-DISCHARGEABLE**.

Respectfully Submitted,

LEITESS FRIEDBERG PC

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg   (Bar No. 10638)
Pierce C. Murphy      (Bar No. 30030)
Leitess Friedberg PC
10451 Mill Run Circle, Suite 1000
Baltimore, Maryland 21117
(410) 581-7400

*Attorneys for Plaintiff*

Seen and Agreed:

MATTHEW ALLEN KRIMM

Matthew Allen Krimm
374 Foreland Garth
Abingdon, MD 21009

*Defendant pro se*

**END OF ORDER**