REGISTRY OF JUDGMENTS



JAMES F. SCHNEIDER
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| MATTHEW ALLEN KRIMM, | * | |
| | | CASE NO.: 15-20235 |
| DEBTOR. | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| 36 BUILDERS, INC., | * | |
| | | ADV. NO.: 15-00518 |
| PLAINTIFF, | * | |
| v. | * | |
| MATTHEW ALLEN KRIMM, | * | |
| DEFENDANT. | * | |

* * * * * * * * * * * * *

## CONSENT JUDGMENT

Plaintiff 36 Builders, Inc. (the "Plaintiff") and Defendant Matthew Allen Krimm (the "Defendant") jointly and mutually agree that judgment be entered gainst Defendant and in favor

of Plaintiff in the amount of $57,534.62, together with post-judgment interest at the rate of 8%, plus costs, on Plaintiffs' October 19, 2015 Complaint to Determine Dischargeability of Debt and the allegations of Defendants' debt to Plaintiff described therein.

Defendant represents that he has had an opportunity to consult an attorney prior to consenting to this Judgment and that he voluntarily consents to entry of judgment as provided herein.

IT IS THEREFORE **ORDERED, ADJUDGED AND DECREED,** that judgment be entered against Defendant and in favor of Plaintiff in the amount of $57,534.62, together with post-judgment interest at the rate of 8%, plus costs.

| Respectfully Submitted, | Seen and Agreed: |
|---|---|
| **LEITESS FRIEDBERG PC** | **MATTHEW ALLEN KRIMM** |
| /s/ Jeremy S. Friedberg | |
| Jeremy S. Friedberg (Bar No. 10638) | |
| Pierce C. Murphy (Bar No. 30030) | Matthew Allen Krimm |
| Leitess Friedberg PC | 374 Foreland Garth |
| 10451 Mill Run Circle, Suite 1000 | Abingdon, MD 21009 |
| Baltimore, Maryland 21117 | |
| (410) 581-7400 | *Defendant pro se* |
| *Attorneys for Plaintiff* | |

Cc:

| Joseph J. Bellinger, Trustee | Matthew Allen Krimm | Jeremy S. Friedberg |
|---|---|---|
| 300 E. Lombard Street | 374 Foreland Garth | Pierce C. Murphy |
| Suite 2010 | Abingdon, MD 21009 | Leitess Friedberg PC |
| Baltimore, MD 21202 | | 10451 Mill Run Circle, Suite 1000 |
| | | Baltimore, MD 21117 |

**END OF ORDER**