```
                        United States Bankruptcy Court
                             District of Maryland
```

```
36 Builders, Inc.,
         Plaintiff                                     Adv. Proc. No. 15-00518-JS

Krimm,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: larter              Page 1 of 1           Date Rcvd: Mar 30, 2016
                              Form ID: pdfparty         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2016.
```
pla            +36 Builders, Inc.,    16255 Sussex Highway,    Bridgeville, DE 19933-2968
               +Joseph J. Bellinger, Trustee,    300 E Lombard Street,    Suite 2010,    Baltimore, MD 21202-3549
dft            +Matthew Allen Krimm,    374 Foreland Garth,    Abingdon, MD 21009-3092
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

```
               ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2016                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2016 at the address(es) listed below:
```
              Jeremy S. Friedberg    jeremy.friedberg@lf-pc.com,   ecf@lf-pc.com,pierce.murphy@lf-pc.com
                                                                                                 TOTAL: 1
```


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * CHAPTER 7 |
| MATTHEW ALLEN KRIMM, | * |
| DEBTOR. | * CASE NO.: 15-20235 |
| * * * * * * | * * * * * * |
| 36 BUILDERS, INC., | * |
| PLAINTIFF, | * ADV. NO.: 15-00518 |
| V. | * |
| MATTHEW ALLEN KRIMM, | * |
| DEFENDANT. | * |

## CONSENT JUDGMENT

Plaintiff 36 Builders, Inc. (the "Plaintiff") and Defendant Matthew Allen Krimm (the "Defendant") jointly and mutually agree that judgment be entered gainst Defendant and in favor

of Plaintiff in the amount of $57,534.62, together with post-judgment interest at the rate of 8%, plus costs, on Plaintiffs' October 19, 2015 Complaint to Determine Dischargeability of Debt and the allegations of Defendants' debt to Plaintiff described therein.

Defendant represents that he has had an opportunity to consult an attorney prior to consenting to this Judgment and that he voluntarily consents to entry of judgment as provided herein.

IT IS THEREFORE **ORDERED, ADJUDGED AND DECREED,** that judgment be entered against Defendant and in favor of Plaintiff in the amount of $57,534.62, together with post-judgment interest at the rate of 8%, plus costs.

| Respectfully Submitted, | Seen and Agreed: |
|---|---|
| **LEITESS FRIEDBERG PC** | **MATTHEW ALLEN KRIMM** |
| /s/ Jeremy S. Friedberg | |
| Jeremy S. Friedberg (Bar No. 10638) | Matthew Allen Krimm |
| Pierce C. Murphy (Bar No. 30030) | 374 Foreland Garth |
| Leitess Friedberg PC | Abingdon, MD 21009 |
| 10451 Mill Run Circle, Suite 1000 | |
| Baltimore, Maryland 21117 | *Defendant pro se* |
| (410) 581-7400 | |

*Attorneys for Plaintiff*

Cc:

Joseph J. Bellinger, Trustee
300 E. Lombard Street
Suite 2010
Baltimore, MD 21202

Matthew Allen Krimm
374 Foreland Garth
Abingdon, MD 21009

Jeremy S. Friedberg
Pierce C. Murphy
Leitess Friedberg PC
10451 Mill Run Circle,
Suite 1000
Baltimore, MD 21117

**END OF ORDER**